# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DISTRICT

| | |
|---|---|
| HEATHER DAWN TAYLOR, Individually And on behalf of herself and other similarly situated current and former employees, ) ) ) ) Plaintiff, ) ) v. ) MULTIMATIC TENNESSEE LLC ) ) Defendant. ) | Civil Action No.: 1:23-CV-00078 District Judge Campbell Magistrate Judge Holmes |

## JOINT MOTION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Come now the above-named parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties also move this Court for an Order approving the terms of the Settlement Agreement and Release agreed to and executed by them (attached hereto as **Exhibit A)** and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the parties jointly request that this Motion be granted.

A proposed Order is submitted contemporaneously herewith.

Dated this 25th day of June, 2024.

Respectfully submitted,

*s/ J. Joseph Leatherwood IV*
Gordon E. Jackson (TN BPR# 8323)
J. Russ Bryant (TN BPR# 33830)
James L. Holt, Jr. (TN BPR# 12123)
J. Joseph Leatherwood IV (TN BPR# 39490)
Jackson, Shields, Yeiser, Holt,
Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
gjackson@jsyc.com
rbryant@jsyc.com
jholt@jsyc.com
jleatherwood@jsyc.com

*Counsel for Plaintiffs*


*s/ Robert W. Horton*
Robert W. Horton (TN BPR# 017417)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
bhorton@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

J. Russ Bryant
Gordon E. Jackson
James L. Holt, Jr.
J. Joseph Leatherwood IV
Jackson, Shields, Yeiser, Holt Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
gjackson@jsyc.com
rbryant@jsyc.com
jholt@jsyc.com
jleatherwood@jsyc.com

*Counsel for Plaintiffs*

*s/ Robert W. Horton*
Robert W. Horton

38042454.3