IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DISTRICT

| | |
|---|---|
| HEATHER DAWN TAYLOR, Individually And on behalf of herself and other similarly situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>MULTIMATIC TENNESSEE LLC<br><br>Defendant. | Civil Action No.: 1:23-CV-00078<br>District Judge Campbell<br>Magistrate Judge Holmes |

**JOINT MOTION FOR ORDER APPROVING UPDATED FLSA SETTLEMENT AGREEMENT AND RELEASE**

In accordance with the Court's order dated July 10, 2024 (Doc. No. 30), the parties submit the updated Settlement Agreement and Release ("Updated Settlement Agreement and Release", attached as **Exhibit A**) which omits the confidentiality provision included in the settlement agreement previously filed with the Court (Doc No. 27-1) and move this Court for an Order approving the terms of the Updated Settlement Agreement and Release and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

A proposed Order is submitted contemporaneously herewith.

Dated this 25th day of July, 2024.

Respectfully submitted,

*s/ J. Joseph Leatherwood IV*
Gordon E. Jackson (TN BPR# 8323)
J. Russ Bryant (TN BPR# 33830)
James L. Holt, Jr. (TN BPR# 12123)
J. Joseph Leatherwood IV (TN BPR# 39490)
Jackson, Shields, Yeiser, Holt,
Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
gjackson@jsyc.com
rbryant@jsyc.com
jholt@jsyc.com
jleatherwood@jsyc.com

*Counsel for Plaintiffs*

*s/ Robert W. Horton*
Robert W. Horton (TN BPR# 017417)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
bhorton@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

J. Russ Bryant
Gordon E. Jackson
James L. Holt, Jr.
J. Joseph Leatherwood IV
Jackson, Shields, Yeiser, Holt Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
gjackson@jsyc.com
rbryant@jsyc.com
jholt@jsyc.com
jleatherwood@jsyc.com

*Counsel for Plaintiffs*

                                                *s/ Robert W. Horton*
                                                Robert W. Horton

45317127.3

3
Case 1:23-cv-00078   Document 31   Filed 07/25/24   Page 3 of 3   PageID #: 126