IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| HEATHER DAWN TAYLOR, individually and on behalf of herself and other similarly situated current and former employees, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 1:23-cv-00078 |
| v. | ) ) | JUDGE CAMPBELL |
| MULTIMATIC TENNESSEE LLC, | ) ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the parties' jointly filed motion (Doc. No. 31) requesting an order approving the terms of their updated settlement agreement and release and that the FLSA claims raised in this action be dismissed with prejudice. The Court has reviewed the parties' updated settlement agreement and release (Doc. No. 31-1) and it appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the parties' pending motion (Doc. No. 31) is **GRANTED**, and this case is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE